IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| PLAINTIFF, | ) | NO. 3:11-00310 |
| | ) | JUDGE HAYNES |
| V. | ) | |
| | ) | |
| LARRY HARRIS, HAZEL HARRIS, HAYDEN BLACK, AND FRANCINE BLACK, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

Based upon the plaintiff's notice of voluntary dismissal with prejudice (Docket Entry No. 18), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 25th day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge